# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

WESLEY EUGENE DOLLAR, :
:
    Plaintiff :
: NO. 5:10-CV-208 (MTT)
    VS. :
: **RECOMMENDATION**
Warden ALAN CARTER, *et al.*, :
:
    Defendants :
:

Plaintiff **WESLEY EUGENE DOLLAR** has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Since filing his complaint, he has also filed a motion seeking a preliminary injunction. Tab #7. In his motion, plaintiff asks this Court to order the defendants to provide plaintiff with the proper medical treatment.

A preliminary injunction is appropriate where the movant demonstrates that: (a) there is a substantial likelihood of success on the merits; (b) the preliminary injunction is necessary to prevent irreparable injury; (c) the threatened injury outweighs the harm that a preliminary injunction would cause to the non-movant; and (d) the preliminary injunction would not be averse to the public interest. ***Parker v. State Bd. of Pardons & Paroles***, 275 F.3d 1032, 1034-35 (11th Cir. 2001).

At this juncture, the facts have not been sufficiently developed to determine that there is a substantial likelihood that plaintiff will ultimately prevail on the merits. Moreover, the defendants have not had an opportunity to respond to plaintiff's allegations. Accordingly, it is **RECOMMENDED** that plaintiff's motion for a preliminary injunction be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom this case is assigned, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof .

SO ORDERED AND DIRECTED, this 28th day of JULY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE