IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WESLEY E. DOLLAR, | |
| Plaintiff | NO. 5:10-CV-208 (MTT) |
| VS. | **O R D E R** |
| Warden ALAN CARTER, *et al.*, | |
| Defendants | |

*Pro se* plaintiff **WESLEY E. DOLLAR** has filed a motion to recuse the undersigned from hearing this case. Tab #9. In support of his motion, plaintiff alleges that the undersigned "discriminat[es] against convicted inmates," and has been frivolous and unjust, apparently in not conducting a frivolity determination in this case. Plaintiff's allegation on its face is insufficient to mandate recusal of the undersigned. Moreover, on this date, the Court by separate order allowed plaintiff's complaint to go forward against all defendants. Accordingly, plaintiff's motion is **DENIED**.

SO ORDERED AND DIRECTED, this 28th day of JULY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE