IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WESLEY EUGENE DOLLAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-208(MTT) |
| WARDEN ALAN CARTER, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 11) of United States Magistrate Judge Claude W. Hicks, Jr. on the Plaintiff's Motion for a Preliminary Injunction (Doc. 7) (the "Motion"). The Magistrate Judge, having reviewed the Plaintiff's motion pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends denying the Plaintiff's Motion because the Plaintiff has not shown that he has a substantial likelihood of success on the merits. The Plaintiff has objected to the Recommendation (Doc. 16). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motion for a Preliminary Injunction (Doc. 7) is **DENIED**.

**SO ORDERED**, this the 9th day of September, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch