IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| WESLEY EUGENE DOLLAR, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION NO. 5:10-CV-208 (MTT) |
|  | ) |  |
| WARDEN ALAN CARTER, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

This matter is before the Court on the Motions to Reconsider (Docs. 19 and 20) this Court's Order (Doc. 18). In that Order, the Court adopted the Recommendation of the Magistrate Judge and denied the Plaintiff's Motion for a Preliminary Injunction (Doc. 7) because the Plaintiff did not show that he had a substantial likelihood of success on the merits. Likewise, in his Motion to Reconsider, the Plaintiff still has shown neither a likelihood of success, nor sufficient reason for this Court to reconsider its Order. Therefore, the Motions to Reconsider (Docs. 19 and 20) are **DENIED**.

**SO ORDERED**, this the 12th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch