**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| WESLEY EUGENE DOLLAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-208 (MTT) |
| ) | |
| WARDEN ALAN CARTER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This case is before the Court on the Recommendation (Doc. 52) of United States Magistrate Judge Charles H. Weigle on the Motion to Dismiss filed by the Defendants in this case (Doc. 21). In the Recommendation, the Magistrate Judge recommends dismissing the Plaintiff's case because his claims were already adjudicated in the Superior Court of Wilcox County, Georgia. Therefore, the Plaintiff's claims are barred by res judicata. The Plaintiff has objected to the Recommendations (Doc. 53). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motion to Dismiss (Doc. 21) is **GRANTED**.

**SO ORDERED**, this the 26th day of July, 2011.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT

jch