IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WESLEY EUGENE DOLLAR, | : |
| Plaintiff | : |
| VS. | : NO. 5:10-CV-208 (MTT) |
| ALAN CARTER, *et al.*, | : |
| Defendants | : |

## ORDER

Plaintiff **WESLEY EUGENE DOLLAR,** has filed a second motion to proceed *in forma pauperis* on appeal (Doc. 75) from the Court's July 26, 2011 Order that adopted the United States Magistrate Judge's Recommendation that Plaintiff's 42 U.S.C. § 1983 action be dismissed.  (Doc. 54).   In the Court's best judgment, an appeal from that Order cannot be taken in good faith.   28 U.S.C. § 1915(a)(3).

Having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee.   Because plaintiff has stated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b).   Pursuant to §1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $455.00 appellate filing fee has been paid in full.   Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this

-2-

Court each time the amount in the account exceeds $10.00 until the total filing fee of $455.00 has been paid.   Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the custodian of the prison in which plaintiff is incarcerated.

**SO ORDERED AND DIRECTED** this 20th day of October, 2011.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT